983 So.2d 891 (2008)
STATE ex rel. Lionel TOLBERT
v.
STATE of Louisiana.
No. 2007-KH-1763.
Supreme Court of Louisiana.
May 30, 2008.
In re Tolbert, Lionel;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of West Feliciana, 20th Judicial District Court Div. B, No. 07-WCR-254.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), *892 660 So.2d 1189; La.C.Cr.P. art. 351; cf. La.C.Cr.P. art. 930.4(D).